UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:

ROBERT ANDREW SHOFFNER  
4204 PRINCETON AVE  
GREENSBORO, NC  27407

CASE NO. 19-11388  
JUDGE BENJAMIN A. KAHN

DEBTOR

SSN(1) XXX-XX-9104                           DATE: 08/18/2020

---

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| 21ST MORTGAGE CORPORATION<br>P O BOX 477<br>KNOXVILLE, TN  37901 | MONTHLY PMT  $624.94<br>INT:  .00%<br>NAME ID: 38929<br>CLAIM #:  0004 | (H) ONGOING-SECURED<br><br>ACCT: 6001<br>COMMENT:  DT RERP,CTD EFF MAY20,420A |
| 21ST MORTGAGE CORPORATION<br>P O BOX 477<br>KNOXVILLE, TN  37901 | $16,466.91<br>INT:  .00%<br>NAME ID: 38929<br>CLAIM #:  0005 | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT: 6001<br>COMMENT:  ARR THRU DEC19 |
| 21ST MORTGAGE CORPORATION<br>P O BOX 477<br>KNOXVILLE, TN  37901 | $2,499.80<br>INT:  .00%<br>NAME ID: 38929<br>CLAIM #:  0006 | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT: 6001<br>COMMENT:  ARR JAN THRU APR20 |
| AT&T<br>1025 LENOX PARK BLVD<br>ATLANTA, GA  30319 | $0.00<br>INT:  .00%<br>NAME ID: 115282<br>CLAIM #:  0008 | (U) UNSECURED<br>NOT FILED<br>ACCT: 9104<br>COMMENT: |
| BANK OF AMERICA NA<br>800 MARKET ST MO1-800-06-14<br>ST LOUIS, MO  63101-2510 | $842.43<br>INT:  .00%<br>NAME ID: 157723<br>CLAIM #:  0021 | (U) UNSECURED<br><br>ACCT: 4080<br>COMMENT: |
| BB&T<br>ATTN OFFICER<br>160 MINE LAKE CT STE 200<br>RALEIGH, NC  27615 | $0.00<br>INT:  .00%<br>NAME ID: 175071<br>CLAIM #:  0007 | (X) SPECIAL-UNSECURED<br>NOT FILED<br>ACCT: 9104<br>COMMENT: OC |
| BB&T LOAN SERVICING<br>ATTN OFFICER<br>201 W MARKET ST<br>GREENSBORO, NC  27401 | $0.00<br>INT:  .00%<br>NAME ID: 180574<br>CLAIM #:  0009 | (U) UNSECURED<br>NOT FILED<br>ACCT: 9104<br>COMMENT: OC,DISP |
| CREDIT ACCEPTANCE CORP<br>ATTN MANAGING AGENT<br>P O BOX 5070<br>SOUTHFIELD, MI  48086-5070 | $0.00<br>INT:  .00%<br>NAME ID: 150672<br>CLAIM #:  0010 | (U) UNSECURED<br>NOT FILED<br>ACCT: 9464<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| FRONTLINE ASSET STRATEGIES<br>2700 SNELLING AVE N STE 250<br>ROSEVILLE, MN  55113-1783 | $0.00<br>INT:  .00%<br>NAME ID:  157405<br>CLAIM #:  0011 | (U) UNSECURED<br>NOT FILED<br>ACCT:  4083<br>COMMENT: |
| GUILFORD CO REGISTER OF DEEDS<br>P O BOX 3427<br>GREENSBORO, NC  27402 | $52.00<br>INT:  .00%<br>NAME ID:  1159<br>CLAIM #:  0022 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| GUILFORD COUNTY TAX DEPT<br>ATTN BANKRUPTCY<br>400 W MARKET ST<br>GREENSBORO, NC  27401 | $306.78<br>INT:  10.30%<br>NAME ID:  170851<br>CLAIM #:  0001 | (S) SECURED<br><br>ACCT:  9104<br>COMMENT:  OC |
| GUILFORD COUNTY TAX DEPT<br>ATTN BANKRUPTCY<br>400 W MARKET ST<br>GREENSBORO, NC  27401 | $477.64<br>INT:  .00%<br>NAME ID:  170851<br>CLAIM #:  0020 | (U) UNSECURED<br><br>ACCT:  9104<br>COMMENT:  SPLIT |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $2,009.75<br>INT:  .00%<br>NAME ID:  123769<br>CLAIM #:  0002 | (P) PRIORITY<br><br>ACCT:  18TX<br>COMMENT:  420A,420A,420A,220A,120A |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $456.00<br>INT:  .00%<br>NAME ID:  123769<br>CLAIM #:  0012 | (U) UNSECURED<br><br>ACCT:  15TX<br>COMMENT:  420A,420A,220A,120A |
| LOMAX PROPERTIES LLC<br>ATTN OFFICER<br>700 BATTLEGROUND AVE<br>GREENSBORO, NC  27401 | $0.00<br>INT:  .00%<br>NAME ID:  180575<br>CLAIM #:  0013 | (U) UNSECURED<br>NOT FILED<br>ACCT:  9104<br>COMMENT: |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $1,135.01<br>INT:  .00%<br>NAME ID:  9699<br>CLAIM #:  0003 | (U) UNSECURED<br><br>ACCT:  14TX<br>COMMENT: |
| PROGRESSIVE INSURANCE<br>6300 WILSON MILLS RD<br>CLEVELAND, OH  44143 | $0.00<br>INT:  .00%<br>NAME ID:  127798<br>CLAIM #:  0014 | (U) UNSECURED<br>NOT FILED<br>ACCT:  1288<br>COMMENT: |
| RENTAL SUPPLY INC<br>ATTN OFFICER<br>214 STAGE COACH TRAIL<br>GREENSBORO, NC  27409 | $0.00<br>INT:  .00%<br>NAME ID:  180576<br>CLAIM #:  0015 | (U) UNSECURED<br>NOT FILED<br>ACCT:  7106<br>COMMENT: |
| STERN RECOVERY SERVICES INC<br>ATTN OFFICER<br>P O BOX 14899<br>GREENSBORO, NC  27415 | $0.00<br>INT:  .00%<br>NAME ID:  176475<br>CLAIM #:  0016 | (U) UNSECURED<br>NOT FILED<br>ACCT:  G52X<br>COMMENT: |
| THE LEVITON LAW FIRM LTD<br>ATTN OFFICER<br>3 GOLF CENTER STE 361<br>HOFFMAN ESTATES, IL  60169 | $0.00<br>INT:  .00%<br>NAME ID:  180577<br>CLAIM #:  0017 | (U) UNSECURED<br>NOT FILED<br>ACCT:  8815<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| TIME WARNER CABLE<br>ATTN OFFICER<br>1813 SPRING GARDEN ST<br>GREENSBORO, NC  27403 | $0.00<br>INT: .00%<br>NAME ID: 180579<br>CLAIM #:  0018 | (U) UNSECURED<br>NOT FILED<br>ACCT:  9104<br>COMMENT: |
| WELLS FARGO BANK NA<br>% WELLS FARGO CARD SERVICES<br>P O BOX 9210<br>DES MOINES, IA  50306 | $0.00<br>INT: .00%<br>NAME ID: 43374<br>CLAIM #:  0023 | (S) SECURED<br>SURRENDERED<br>ACCT:  4393<br>COMMENT:  620OR,REL |
| WEX BANK<br>ATTN OFFICER<br>P O BOX 639<br>PORTLAND, ME  04104 | $0.00<br>INT: .00%<br>NAME ID: 180580<br>CLAIM #:  0019 | (U) UNSECURED<br>NOT FILED<br>ACCT:  9104<br>COMMENT: |
| **TOTAL:** | **$24,871.26** | |
| DAMON DUNCAN ESQ<br>628 GREEN VALLEY RD STE 304<br>GREENSBORO, NC  27408 | $4,000.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

>Clerk, U.S. Bankruptcy Court
>101 S. Edgeworth Street
>P.O. Box 26100
>Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  08/18/2020

OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtor
Attorney for Debtor - Electronic Notice